■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAIN MOJICA, Appellant. [59 NYS3d 904]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Sciarrino, Jr., J.), imposed May 27, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Roman, Hinds-Radix and Brathwaite Nelson, JJ., concur.